UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Nikita Watkins_

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

_Detective Rocco Ruscitto Shield No. 05173 and Detective John Gengo Shield No. 00182, Both of the 42nd precint located in the Bronx NY_

_Corperation counsel of City of New York_

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

**AMMENDED COMPLAINT**

Jury Trial: ☐ Yes   ☐ No
(check one)

14 CIV. 7504

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/15

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name _Nikita Watkins_
Street Address _150 Baruch pl. Apt F12 10002_
County, City _NY, NY_
State & Zip Code _____
Telephone Number _347/483-0717_

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name _Detective Rocco Ruscitto_
Street Address _42nd precint Bronx NY_

Rev. 05/2010

County, City _____
State & Zip Code _____
Telephone Number _____

Defendant No. 2    Name _Detective John Genjo_____
Street Address _____
County, City _Bronx NY_____
State & Zip Code _____
Telephone Number _____

Defendant No. 3    Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

Defendant No. 4    Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

II.   **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions          ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____
_____
_____

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____
Defendant(s) state(s) of citizenship _____
_____

III.  **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? 730 Kelly St. Apt. 402 Bronx NY, 42nd Precint

B. What date and approximate time did the events giving rise to your claim(s) occur? March and April of 2013

C. Facts:

**What happened to you?** The Two above named detectives kept harrassing me on false claims of a violation of an order protection i was never served with

**Who did what?** They on about two or three seperate occassions kept coming to my shelter arresting me with no female officer present early in the morning with physical search.

**Was anyone else involved?** yes my 10 month old son.

**Who else saw what happened?** Just me, my baby and the two detectives

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. yes, Anxiety, insomnia. Therapy and also sleep meds and meds for Anxiety that i was never diagnosed with prior to the incidents

Rev. 05/2010

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _monetary compensation_

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 22 day of June, 2015

Signature of Plaintiff _[signature]_

Mailing Address  130 Baruch Pl.
Apt F12  10002
NY NY

Telephone Number  347/483-0717

Fax Number (if you have one) _____

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this 22 day of June, 2015, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

Rev. 05/2 10